JOHN HARRIS PAER    #1551-0
41 B Kepola Place
Honolulu, Hawaii  96817
Telephone:  (808) 595-7179
Facsimile:  (808) 595-3918
email: paerj001@hawaii.rr.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

PERRY R. RADTKE,            )   CIVIL NO. CV07-00106 DAE KSC
                            )
        Plaintiff,          )   COMPLAINT; EXHIBIT "A - D";
                            )   SUMMONS
vs.                         )
                            )
CLIENT SERVICES, INC.,      )
                            )
        Defendant.          )
                            )
_____)

## COMPLAINT

COMES NOW Plaintiff, by and through his undersigned attorney and alleges as follows:

### INTRODUCTION

1.  This Complaint is filed and these proceedings are instituted under the "Fair Debt Collection Practices Act" 15 U.S.C. Section 1692, et seq., to recover actual and statutory damages, reasonable attorney's fees and costs of suit by reason of the Defendant's violations of that Act. Plaintiff seeks actual and statutory damages arising out of Defendant's failure to make required disclosures, and misrepresentations and in the collection of an alleged debt.

## JURISDICTION

2. The jurisdiction of this Court is invoked pursuant to 15 U.S.C.A. Section 1692k(d) and 28 U.S.C.A. Section 1337. The supplemental jurisdiction of this Court is invoked over Count II of the Complaint, which arises under Chapters 443B and 480 of the Hawaii Revised Statutes.

## PARTIES

3. Plaintiff is a natural person and is a resident of the State of Hawaii.

4. Defendant is a corporation doing business in the State of Hawaii, and is subject to the jurisdiction of this Court. Defendant is a collection agency and debt collector.

## FACTS

5. Within the year prior to the filing of this action, Defendant has been attempting on behalf of a third party to collect an alleged debt from Plaintiff.

6. On or about December 27, 2006, Defendant sent its first letter to Plaintiff which he received after January 1, 2007. A true and correct copy of that letter is attached hereto as Exhibit "A".

7. On or about December 27, 2006, Defendant sent another letter to Plaintiff. A true and correct copy of that letter is attached hereto as Exhibit "B".

8. On January 30, 2007, Plaintiff, through his counsel, sent a letter to Defendant timely requesting verification of that debt. A true and correct copy of that letter is attached hereto as Exhibit "C".

9. Without responding to that request for verification, Defendant sent Plaintiff its third letter dated February 6, 2007. A true and correct copy of that letter is attached hereto as Exhibit "D".

10. In its collection effort, Defendant made improper telephone contacts to Plaintiff and to third parties.

11. The underlying debt was incurred primarily for personal, family, or household purposes.

## COUNT I

12. Plaintiff realleges and incorporates paragraphs 1 through 11 of this Complaint.

13. Defendant has violated the Fair Debt Collection Practices Act in the following ways:

(a) Defendant has used false, deceptive and misleading misrepresentations in connection with the collection of the above claim in violation of 15 U.S.C. §1692e.

(b) Defendant has used unfair means to collect and to attempt to collect the above claim in violation of 15 U.S.C. §1692f.

(c) Defendant has not sent to Plaintiff the proper notices and/or verifications required by the Act in violation of 15 U.S.C. §1692g.

(d) Defendant has violated 15 U.S.C. §1692c.

## COUNT II

14. Plaintiff realleges and incorporates paragraphs 1 through 13 of this Complaint.

15. Defendant has violated Chapter 443B and 480 of the Hawaii Revised Statutes as alleged above.

16. Defendant's actions as described above, and its violations of the Fair Debt Collection Practices Act and/or H.R.S. Chapter 443B, constitute both unfair and deceptive acts and practices in violation of H.R.S. Chapter 480.

17. Defendants actions in connection with the above-described collection efforts were immoral, unethical, oppressive, unscrupulous, and substantially injurious to Plaintiffs as consumers, and were unfair and deceptive, in violation of H.R.S. Chapter 480.

18. Plaintiff has suffered injury to his property in an amount to be proved at trial, by reason of Defendant's violations.

WHEREFORE, Plaintiff prays that the Court:

AS TO COUNT I:

1. Award Plaintiff his actual damages as will be proved at trial.

2. Award Plaintiff statutory damages in the amount of $1000.00.

AS TO COUNT II:

3. Award Plaintiff damages in the amount of three times the injury to his property, but not less than $1000.00.

AS TO ALL COUNTS:

4. Award Plaintiff reasonable attorneys' fees and costs of Court.

5. Award Plaintiff such other and further relief as the Court deems appropriate.

DATED: Honolulu, Hawaii, *March 1, 2007*.

_____
JOHN HARRIS PAER
Attorney for Plaintiff