RUSH MOORE LLP
A Limited Liability Law Partnership

LISSA H. ANDREWS   3390-0
DEVON I. PETERSON   7763-0
Pacific Guardian Center, Mauka Tower
737 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: (808) 521-0400
Facsimile: (808) 521-0597
E-mail: landrews@rmhawaii.com
        dpeterson@rmhawaii.com

Attorneys for Defendant
CLIENT SERVICES, INC.

JOHN HARRIS PAER         1551-0
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone: (808) 595-7179
Facsimile: (808) 595-3918
Email: paerj001@hawaii.rr.com

Attorney for Plaintiff
PERRY R. RADTKE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PERRY R. RADTKE, | ) CIVIL NO. CV07-00106 DAE/KSC |
| | ) |
| Plaintiff, | ) STIPULATION FOR DISMISSAL |
| | ) WITH PREJUDICE OF COMPLAINT |
| vs. | ) FILED MARCH 01, 2007 |
| | ) |
| CLIENT SERVICES, INC. | ) |
| Defendant. | ) |
| | ) |

STIPULATION FOR DISMISSAL WITH
PREJUDICE OF COMPLAINT FILED MARCH 01, 2007

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED, by and among the parties below, through their undersigned attorneys, that all claims against all parties in the above-entitled action be and are hereby dismissed with prejudice, each party to bear its own attorney's fees and costs. There are no remaining parties and/or issues.

DATED: Honolulu, Hawaii,

DEC 0 7 2007

_____
LISSA H. ANDREWS, ESQ.
DEVON I. PETERSON, ESQ.
Attorney for Defendant
CLIENT SERVICES, INC.

_____
JOHN HARRIS PAER, ESQ.
Attorney for Plaintiff
PERRY R. RADTKE

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

2

<u>Perry R. Radtke v. Client Services, Inc.</u>, United States District Court for the District of Hawaii; Civil No. CV-07-00106-DAE/KSC; STIPULATION FOR DISMISSAL WITH PREJUDICE OF COMPLAINT FILED MARCH 01, 2007